1

2

3

4

5      UNITED STATES DISTRICT COURT

6      NORTHERN DISTRICT OF CALIFORNIA

7

8    In re.                                    No. C 11-4204 SI (pr)
                                               No. C 11-4205 SI (pr)
9    LARRY LIONEL WHITE,                       No. C 11-4206 SI (pr)

10            Petitioner.                      **JUDGMENT**

11   _____/

12

13        These actions are dismissed.

14

15        IT IS SO ORDERED AND ADJUDGED.

16

17   DATED: October 28, 2011                   _____
                                               SUSAN ILLSTON
18                                             United States District Judge

19

20

21

22

23

24

25

26

27

28